# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1791
Lower Tribunal No. 20-CF-15073

_____

JOSEPH SETZER,

Appellant,

v.

STATE OF FLORIDA

Appellee.

_____

Appeal pursuant to Fla. R. App. 9.141(b)(2) from the Circuit Court for Orange County.
Patricia L. Strowbridge, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.

Joseph Setzer, Indiantown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED